*Federal Defender appointed.*
*Mildred Whalen.*

AB:KCB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JULIO SURIEL PAULINO,

           Defendant.

- - - - - - - - - - - - - - - - - - X

PRE-ARRAIGNMENT
COMPLAINT

(T. 21, U.S.C., §§ 952(a) and 960(a)(1))

No. 19-MJ-382

EASTERN DISTRICT OF NEW YORK, SS:

        JACQUELINE ESTEVEZ, being duly sworn, deposes and states that she is a Task Force Officer with the United States Drug Enforcement Administration ("DEA").

        Upon information and belief, on or about April 20, 2019, within the Eastern District of New York, the defendant JULIO SURIEL PAULINO did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved a substance containing heroin, a Schedule I controlled substance.

        (Title 21, United States Code, Sections 952(a) and 960(a)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Task Force Officer with the DEA and have been involved in the investigation of numerous cases involving narcotics smuggling and distribution. I am familiar with the facts and circumstances set forth below from my review of the investigative file and from reports of other law enforcement officers involved in the investigation.

2. On or about April 20, 2019, the defendant JULIO SURIEL PAULINO arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Delta Airlines flight number 312 from Santiago, Dominican Republic.

3. Upon his arrival, the defendant JULIO SURIEL PAULINO was selected for an enforcement examination by United States Customs and Border Protection ("CBP") officers. A CBP officer conducted a search of the defendant's baggage, which was negative.

4. During the enforcement examination, the defendant JULIO SURIEL PAULINO was visibly nervous. His carotid artery was pulsating, he was avoiding eye contact and his hands were shaking. The defendant was escorted into a private search room and a pat down of PAULINO was completed with negative results. The defendant stated, in sum and substance and in part, that he was traveling to the United States to visit his sister, but that she was unaware of his arrival. He stated, in sum and substance and in part, that he had previously traveled to the United States to visit a friend named "Ramon," who paid for a

---

[1] Because the purpose of this complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

three-night hotel stay for PAULINO, and that PAULINO had watched movies and slept during the prior trip.

5.   The defendant JULIO SURIEL PAULINO was presented with an x-ray consent form, which was read to him in Spanish, his native language, and which he acknowledged he understood but refused to sign. Based on his response to questioning and his visible nervousness, the defendant was transported to the medical facility at JFK for a monitored bowel movement. Upon arrival at the medical facility at JFK, the defendant was again presented with an x-ray consent form, which he voluntarily signed. An x-ray examination was conducted and revealed the presence of foreign bodies.

6.   As of the date and time of the filing of this complaint, the defendant JULIO SURIEL PAULINO has passed approximately 70 pellets. One of the pellets was probed and found to contain a substance that field-tested positive for heroin.

7.   The defendant JULIO SURIEL PAULINO will be detained at the JFK medical facility until such time as he has passed all the pellets contained within his intestinal tract.

WHEREFORE, your deponent respectfully requests that the defendant JULIO SURIEL PAULINO be dealt with according to law.

_____
JACQUELINE ESTEVEZ
Task Force Officer
Drug Enforcement Administration

Sworn to before me this
22nd day of April 2019

S/Levy.
_____
THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK